**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9
10   ALFONSO YBARRA,                          No. C 07-4450 SI (pr)
11              Petitioner,                    **ORDER OF DISMISSAL**
12        v.
13   PEOPLE OF THE STATE OF
     CALIFORNIA,
14              Respondent.
15   _____/
16
17        This action was opened on August 28, 2007, when the court received a Petition For
18   Writ Of Habeas Corpus from petitioner.  The action was opened in error because the petition
19   went to the wrong court.  The petition apparently was intended to be mailed to the California
20   Supreme Court rather than the U.S. District Court.  The envelope in which the petition
21   arrived was addressed to the California Supreme Court but the street address used was that
22   for  this court: the envelope was addressed to "California State Supreme Court, 450 Golden
23   Gate Avenue."  Another indicator that the petition was intended to be sent to the California
24   Supreme Court is that, in response to a part of the form that directed petitioner to "state the
25   circumstances justifying an application to this court," petitioner wrote: "Under advisement of
26   'legal aid,' was instructed to file this application to 'California Supreme Court,' since they
27   overturned sentencing law."  Petition, p. 6.  Based on the foregoing, this court concludes that
28   the petition was not intended to be filed in this court and was instead intended to be filed in

1    the California Supreme Court.  Accordingly, this action is DISMISSED without prejudice

2    because it was filed in the wrong court.

3        The clerk shall send a copy of the petition and envelope to the California Supreme

4    Court for filing in that court.  The clerk shall send with the petition a copy of this order so

5    that court will be able to understand why the petition first went to this court and is being

6    redirected to that court.  The clerk then shall close the file.

7        IT IS SO ORDERED.

8    DATED: September 4, 2007

     _____
                 SUSAN ILLSTON
9                United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28