**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALFONSO YBARRA,                                  No. C 07-4450 SI (pr)

          Petitioner,                        **JUDGMENT**

      v.

PEOPLE OF THE STATE OF
CALIFORNIA,

          Respondent.
_____/

     This action is dismissed without prejudice because the petition was filed in the wrong court.

     IT IS SO ORDERED AND ADJUDGED.

DATED: September 4, 2007                     _____
                                             SUSAN ILLSTON
                                             United States District Judge