UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO YBARRA, | No. C 07-4450 SI (pr) |
| Petitioner, | **JUDGMENT** |
| v. | |
| PEOPLE OF THE STATE OF CALIFORNIA, | |
| Respondent. | |

This action is dismissed without prejudice because the petition was filed in the wrong court.

IT IS SO ORDERED AND ADJUDGED.

DATED: September 4, 2007

SUSAN ILLSTON
United States District Judge